■ DEVON FAISON et al., Infants, by Their Parent and Natural Guardian, KIMBERLY BARNETT, Respondents, v LEE LUONG, Defendant, and JAMES L. CUYLER et al., Appellants. (Appeal No. 2.) [995 NYS2d 520]—Appeal from an order of the Supreme Court, Monroe County (John J. Ark, J.), entered June 4, 2013. The order denied the cross motion of defendants James L. Cuyler and Georgia Cuyler for partial summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Faison v Luong* ([appeal No. 1] 122 AD3d 1268 [Nov. 14, 2014]). Present—Scudder, P.J., Peradotto, Carni and Valentino, JJ.